FILED
JUL 11 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06CR166-WHA |
| | ) | [18 USC 922(j); |
| | ) | 18 USC 922(q)(2)(A); |
| | ) | 18 USC 924(a)(4)] |
| MICHAEL VICKERSTAFF | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 1, 2005, in Lee County, within the Middle District of Alabama,

MICHAEL VICKERSTAFF,

defendant herein, did knowingly receive, possess, conceal, store, and dispose of a stolen firearm, to wit: a Taurus Model PT140, .40 caliber pistol, serial number SWA 29068; said firearm was moving as, was part of, constituted, and had been shipped and transported in interstate commerce before or after said firearm was stolen, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

## COUNT 2

On or about August 31, 2005, in Lee County, within the Middle District of Alabama,

MICHAEL VICKERSTAFF,

defendant herein, did knowingly receive, possess, conceal, store, and dispose of a stolen firearm, to wit: a Glock Model 27, .40 caliber pistol, serial number GGN411; which firearm was moving as, was part of, constituted, and had been shipped and transported in interstate commerce before or after said firearms was stolen, knowing and having reasonable cause to believe the firearm was stolen, in

violation of Title 18, United States Code, Section 922(j).

### COUNT 3

On or about August 31, 2005, in Lee County, within the Middle District of Alabama,

MICHAEL VICKERSTAFF,

defendant herein, did knowingly possess a firearm, to-wit: a Glock Model 27, .40 caliber pistol, serial number GGN411, at 405 South Dean Road, in Auburn, Alabama, in, and on the grounds of, Auburn High School in Auburn, Alabama, in accordance with Title 18 United States Code § 921(a)(25), a place that the defendant knew, or had reasonable cause to believe, was a school zone, in violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4).

A TRUE BILL:

Janice Davis Williams
Foreperson

Andrew O. Schiff
Assistant United States Attorney

2