**COURTROOM DEPUTY MINUTES**  DATE: 8/16/2006
**MIDDLE DISTRICT OF ALABAMA**
DIGITAL RECORDING: 2:48-2:59 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Boyd   DEPUTY CLERK: sql

CASE NO.: 3:06CR166-WHA   DEFT. NAME: Michael VICKERSTAFF

USA: Cooke   ATTY: Hart
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO ____ YES   NAME: ____

- [x] kars. — Date of Arrest 8-15-06 or [ ] karsr40
- [x] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [x] — Requests appointed Counsel [x] ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [x] koappted — ORAL ORDER appointing Community Defender Organization — **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained ____
- [ ] — Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [x] — Government's WRITTEN Motion for Detention Hrg. filed.
- [x] kdmhrg. — Detention Hearing [ ] held; [x] set for 8-21-06 - 3 pm
- [ ] kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- [ ] kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $____. Deft released (kloc LR)
  [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for ____
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- [x] karr. — ARRAIGNMENT SET FOR: ____ [x] HELD. Plea of NOT GUILTY entered.
  [ ] Set for ____ Trial Term; [ ] PRETRIAL CONFERENCE DATE: ____
  DISCOVERY DISCLOSURES DATE: ____
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for ____
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed