IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:06-CR-166-WHA-DRB |
| | ) | |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

## ORDER SETTING DETENTION HEARING

At the initial appearance today for this defendant on an indictment filed July 11, 2006 (Doc. 1), the United States filed a *Motion for Detention Hearing* (Doc. 4, August 16, 2006), it is, therefore,

**ORDERED** that the Government's *Motion* is **GRANTED** to the extent of its request for a detention hearing. The detention hearing is set at **3:00 p.m. on August 21, 2006,** in District Courtroom 4A, Frank M. Johnson United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Pending the hearing, the defendant shall be held in the custody of the U.S. Marshal and produced for the hearing.

Done this 16TH day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE