IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | CR. No.: 3:06cr166-WHA |
| ) | |
| **MICHAEL VICKERSTAFF**   ) | |

**DEFENDANT'S WAIVER OF DETENTION HEARING**

**COMES NOW** the Defendant, Michael Vickerstaff, by and through undersigned counsel, Jennifer A. Hart, and submits this waiver of detention hearing. Although the Court previously scheduled a detention hearing in this case for August 21, 2006, Mr. Vickerstaff and the Government are presently negotiating a resolution to this matter and Mr. Vickerstaff agrees that it is not in his best interest to contest his detention at this time. Therefore, while Mr. Vickerstaff has been advised of his right to a detention hearing in this case, he hereby expressly waives such right and respectfully requests that this Court enter an Order canceling the previously scheduled hearing.

Dated this 18th day of August 2006.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, AUSA

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189