IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.:   3:06CR166-WHA |
| ) | |
| MICHAEL VICKERSTAFF ) | |
| ) | |

## **ORDER**

For good cause, it is

**ORDERED** that the arraignment of the defendant be and is hereby scheduled for **August 30, 2006, at 10:00 a.m.**, in courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

**ORDERED** that the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 21st day of August, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE