IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr166-WHA |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney Andrew O. Schiff be allowed to withdraw from the above-styled case.

Respectfully submitted this the 21st day of August, 2006.

                                                                            LEURA G. CANARY
                                                                            UNITED STATES ATTORNEY


                                                                            /s/Andrew O. Schiff
                                                                            ANDREW O. SCHIFF
                                                                            One Court Square, Suite 201
                                                                            Montgomery, AL 36104
                                                                            Phone: (334)223-7280
                                                                            Fax: (334)223-7135
                                                                            E-mail: andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr166-WHA |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Hart, Esq.

                                        Respectfully submitted,

                                        /s/Andrew O. Schiff
                                        ANDREW O. SCHIFF
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail: andrew.schiff@usdoj.gov