IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 3:06-CR-166-WHA-DRB |
| | ) | WO |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

## ORDER OF DETENTION ON MOTION

For the good cause shown in *Defendant's Waiver of Detention Hearing*, filed August 18, 2006 (Doc. 9), it is **ORDERED** that the detention hearing set at 3:00 p.m. on August 21, 2006 is hereby **CANCELLED.** It is further **ORDERED** that the *Motion for Detention* (Doc. 4 August 16, 2006 ), which is premised in part on a "serious risk of obstruction of justice", is **GRANTED** based on the court's finding that there are no conditions of release which will reasonably assure the safety of any other person and the community. The Indictment filed July 11, 2006, establishes probable cause for this Defendant's possession of a .40 caliber stolen pistol on the grounds of Auburn High School, on August 31, 2005, and his possession of another stolen firearm earlier in the same month.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court

proceeding.

    DONE THIS 21st day of August, 2006.

                                       /s/ **Delores R. Boyd**
                                       DELORES R. BOYD
                                       UNITED STATES MAGISTRATE JUDGE