IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-166-WHA |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

**ORDER ON MOTION**

Pursuant to the *United States' Motion to Withdraw* filed by Assistant United States Attorney Andrew O. Schiff  (Doc. 11, August 21, 2006), it is

ORDERED that the  *Motion* is **GRANTED**.

Done this 21st day of August, 2006.

> **/s/ Delores R. Boyd**
> DELORES R. BOYD
> UNITED STATES MAGISTRATE JUDGE