| COURTROOM DEPUTY MINUTES | DATE: AUGUST 30, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:53 - 11:54 |

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (Rule 5)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **CHARLES S. COODY**     DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:06-CR-166 -WHA-DRB**     DEFT. NAME: **MICHAEL VICKERSTAFF**

USA: **A. CLARK MORRIS**     ATTY: **JENNIFER HART**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant _____ does ✓ does NOT need an interpreter; NAME: _____

- ☐ Kars.  Date of Arrest _____ or ☐ Rule 5 Arrest
- ☐ Kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐  **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg.  Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl.  Waiver of Preliminary hearing;
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ✓ Karr.  ARRAIGNMENT SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
  ✓ Trial Term **10/24/06** ; ☐ PRETRIAL CONFERENCE DATE: _____
  ✓ DISCOVERY DISCLOSURES DATE: **8/30/06**
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**