IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-cr-166-WHA |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

ORDER ON MOTION

Upon consideration of the government's *Motion for Order Directing the United States Marshal to Release Custody of Prisoner*, (Doc. 16, filed September 18, 2006 ), and for good cause, it is **ORDERED** that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service release custody of Michael Vickerstaff from September 20, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan and/or Randy Armstrong shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the 19th day of September, 2006.

                                                  **/s/ Delores R. Boyd**
                                                  DELORES R. BOYD
                                                  UNITED STATES MAGISTRATE JUDGE