IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern  ☐ Southern  ☒ Eastern

HON. Delores R. Boyd       AT Montgomery, Alabama

DATE COMMENCED 9-25-2006    @ 11:16  ☒ a.m. ☐ p.m

DATE COMPLETED 9-25-2006    @ 11:19  ☒ a.m. ☐ p.m

CASE NO. 3:06CR166-WHA

UNITED STATES OF AMERICA                VS.        MICHAEL VICKERSTAFF
Plaintiff(s)                                         Defendant(s)

APPEARANCES

Plaintiff(s)/Government                   Defendant(s)

David Cooke                               Jennifer Hart

**COURT OFFICIALS PRESENT:**

Ctrm Clerk: S. Q. Long, Jr.            Crt Rptr:
Law Clerk:                              Interpreter:
USPO/USPTS:                             Other:

**PROCEEDINGS:**

☐ Motion Hearing:
☐ Status Conference          ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation                 ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference      ☐ Telephone Conf.       ☐ Sentencing
☐ Non-Jury Trial             ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete      Plea Status: Plea
Trial Status/Length:            Trial Term: 10-24-06