IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-CR-00166-WHA |
| | ) | |
| MICHAEL VICKERSTAFF | ) | |

### ORDER

For good cause, it is

**ORDERED** that this case set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on **September 28, 2006, at 11:15 a.m. is CONTINUED to 11:45 a.m. on October 6, 2006, in District Courtroom 4A**, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 28th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE