| COURTROOM DEPUTY MINUTES | DATE: 10/6/06 | DIGITAL RECORDING: 11:58 - 12:26 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | | COURT REPORTER: Mitchell Reisner |

❏ ARRAIGNMENT    x CHANGE OF PLEA    ❏ CONSENT PLEA

❏ RULE 44(c) HEARING    ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *DELORES R. BOYD*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *3:06cr166-WHA*    **DEFENDANT NAME:** *Michael Vickerstaff*

**AUSA:** *Karl David Cooke, Jr.*    **DEFENDANT ATTY:** *Michael Petersen*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( ) Panel CJA;    (X) CDO

**USPO:** _____

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present?  _x_ NO  _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x ❏ Guilty as to:

X ❏ Count(s) _1, 2_ of the Felony Indictment.

X ❏ Count(s) _3_    ❏ dismissed on oral motion of USA;

X ❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNTS  1 and 2**

X — Written plea agreement filed.    ❏ **OPEN/ORAL** Plea Agreement.    ❏ **ORDERED SEALED.**    ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing on _____  ❏ _____ Bond  ❏ to be set by Separate Order

x — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  x❏ Sentencing on **x** ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.