# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | January 4, 2007 | AT: | 11:02 a.m. |
| DATE COMPLETED: | January 4, 2007 | AT: | 11:10 a.m. |

UNITED STATES OF AMERICA  )
                          )
vs.                       )   CR. No. 3:06cr166-WHA
                          )
MICHAEL VICKERSTAFF       )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Steve Feaga | Jennifer A. Hart |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter        Terrence Marshall, USPO
Elna Behrman, Courtroom Deputy       Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)   **SENTENCING HEARING**

Parties have reviewed the presentence report.
Court states that based on the court's review of the objection, it would be overruled if pursued.
Defendant agrees to withdraw the objection if the court sentences at the low end of the guidelines.
Court orally GRANTS the Government's Motion for Reduction (Doc. #30).
Court adopts the factual statements contained in the presentence report.
Sentence is stated.
No objection to the statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives his right of appeal.
Government orally moves to dismiss Count 3 of the Indictment.
Court orally GRANTS the motion, and Count 3 of the Indictment is DISMISSED.
Defendant is recommitted to the custody of the U. S. Marshal.