(Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: MICHAEL VICKERSTAFF
CASE NUMBER: 3:06cr166-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**37 months.** This sentence consists of terms of 37 months on each count to be served **concurrently**.

X  The court makes the following recommendations to the Bureau of Prisons:

The court recommends that Defendant be designated to a facility where vocational training is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 1/25/2007 to FCI Talladega at Talladega, AL, with a certified copy of this judgment.

RETURNED AND FILED
FEB 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____
Jesse Seroyer Jr.
UNITED STATES MARSHAL

By C. J. Tatom
DEPUTY UNITED STATES MARSHAL

2007 FEB -1 A 10:32  RECEIVED UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA